NUMBER 13-08-00556-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

OSCAR RAMIREZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 370th District Court


of Hidalgo County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam



 Appellant, Oscar Ramirez, by and through his attorney, has filed a motion to
withdraw his appeal because he no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the
appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 


Delivered and filed

the 11th day of March, 2010.